
FILED
JUN 0 5 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA AUGUSTINE, | Case No.: 3:19-cv-0826-BEN-RBM |
| Plaintiff, | **ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS [Doc. 3]** |
| v. | |
| NANCY A. BERRYHILL, | |
| Defendant. | |

Rather than paying the filing fee required by 28 U.S.C. § 1915, Plaintiff Edna Augustine filed her civil complaint with an application to proceed *in forma pauperis* ("IFP"). [Docs. 1, 3.] To proceed IFP, "an affidavit [of poverty] is sufficient which states that one cannot because of his poverty pay or give security for costs . . . and still be able to provide himself and dependents with the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–40 (1948). At the same time, however, "the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, . . . the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar." *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984). Facts regarding the affiant's poverty must be stated "with some particularity, definiteness, and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981).

1

According to Plaintiff's application signed under penalty of perjury, Plaintiff receives real property income of $1,600.00 per month and an additional $200.00 per month for other self-employment. [Doc. 3 at ¶ 1.] Plaintiff owns a home valued at $543,000.00 and a car valued at $13,000.00. Meanwhile, Plaintiff's total monthly expenses are $2,830.00. [Doc. 3 at ¶¶ 5, 8.] In light of Plaintiff's substantial assets and her monthly income, the Court concludes that Plaintiff can afford to pay the filing fee in this case without sacrificing the necessities of life. *See Adkins*, 335 U.S. at 339-40 (1948). Thus, Plaintiff's IFP application is **DENIED**.

To maintain her action, Plaintiff shall pay the requisite filing fee by **July 10, 2019**. If the filing fee is not paid by this date, the Clerk of Court shall close this case without further order.

**IT IS SO ORDERED.**

DATED: May 31, 2019

HON. ROGER T. BENITEZ
United States District Judge