FILED

JUN 10 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                  DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDNA AUGUSTINE,<br><br>                          Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of<br>Social Security,<br><br>                          Defendant. | Case No.:  3:19-cv-0826-BEN-RBM<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION;**<br><br>**(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND**<br><br>**(3) GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>**[Docket Nos. 14 and 15]** |

    Plaintiff Edna Augustine filed this action for judicial review of the Social Security Commissioner's[1] denial of her application for disability insurance benefits.  (Docket No.

---

[1] When Plaintiff initiated this action, Nancy A. Berryhill was serving as the Acting Commissioner of the Social Security Administration.  Andrew Saul is now serving as the Commissioner.  Pursuant to Federal Rule of Civil Procedure 25(d), Mr. Saul is automatically substituted as a party.

1

1    1.) Plaintiff filed a motion for summary judgment and Defendant filed a cross-motion for

2    summary judgment and an opposition to Plaintiff's motion.

3         On April 14, 2020, Magistrate Judge Ruth Bermudez Montenegro issued a

4    thoughtful and thorough Report and Recommendation, recommending that this Court

5    deny Plaintiff's motion for summary judgment and grant Defendant's cross-motion for

6    summary judgment.  Magistrate Judge Montenegro found the Administrative Law Judge

7    ("ALJ") provided specific, clear, and convincing reasons to reject Plaintiff's subjective

8    allegations of impairment and the record supports the ALJ's findings.  Magistrate Judge

9    Montenegro concluded the ALJ findings were based on objective medical evidence, the

10    conservative nature of Plaintiff's treatments, and medical opinions from treating,

11    consulting, and examining physicians.  These factors generally did not support Plaintiff's

12    subjective claims of disability.  The ALJ also specifically found Plaintiff's hearing

13    testimony undermined her claims of disability.  Because Magistrate Judge Montenegro

14    recommended affirming the ALJ's decision, Magistrate Judge Montenegro did not

15    analyze Plaintiff's request to "credit-as-true" the disability and award benefits.

16    Objections to the Report and Recommendation were due by April 28, 2020.  Neither

17    party has filed any objections.

18        A district judge "may accept, reject, or modify the recommended disposition" of a

19    magistrate judge on a dispositive matter. Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. §

20    636(b)(1). "[T]he district judge must determine *de novo* any part of the [report and

21    recommendation] that has been properly objected to." Fed. R. Civ. P. 72(b)(3).

22    However, "[t]he statute makes it clear that the district judge must review the magistrate

23    judge's findings and recommendations *de novo* if objection is made, but not otherwise."

24    *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also*

25    *Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor

26    the statute requires a district judge to review, *de novo*, findings and recommendations that

27    the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

28

1    The Court need not conduct *de novo* review given the absence of objections.  The

2  Court has considered and agrees with the Report and Recommendation.  Accordingly, the

3  Court **ADOPTS** the Report and Recommendation.  Plaintiff's motion for summary

4  judgment is **DENIED**.  Defendant's cross-motion for summary judgment is **GRANTED**.

5  Accordingly, the Commissioner of the Social Security Administration's final decision is

6  **AFFIRMED**.  The Clerk shall enter judgment accordingly and terminate the case.

7    **IT IS SO ORDERED.**

8

9  Date: June 9, 2020

10    _____
      HON. ROGER T. BENITEZ
11    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28