

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Edna Augustine

Civil Action No. 19-cv-00826-BEN-RBM

**Plaintiff,**

V.

Andrew M. Saul , Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiffs motion for summary judgment is DENIED. Defendant's cross-motion for summary judgment is GRANTED. Accordingly, the Commissioner of the Social Security Administration's final decision is AFFIRMED.

**Date:** 6/10/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Exler

M. Exler, Deputy